# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARRY RAY BROWN,               )
                               )
      Plaintiff,         )    Case No. 2:12-cv-01947-MMD-GWF
                               )
vs.                            )    **ORDER**
                               )
TECHTRONIC INDUSTRIES NORTH    )
AMERICA, *et al.*,             )
                               )
      Defendants.        )
_____)

      This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (#22) filed January 18, 2013. The Defendant requests 365 days instead of 180 days due to the many cases which are at more advanced stages of discovery and trial and the complexity of the issues raised by this and other such cases. While Plaintiff does not necessarily agree, but does not oppose the dates set forth in the discovery plan. The parties have not provided the Court with enough information to support their request for a discovery period in excess of 180 days. The Court needs more information why one year is necessary for discovery. Accordingly,

      **IT IS ORDERED** the proposed Stipulated Discovery Plan and Scheduling Order (#22) is **denied,** without prejudice.

      **IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including a statement of the reasons why longer or different time periods should apply to the case, no later than **January 30, 2013**.

      DATED this 23rd day of January, 2013.

                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge