UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARRY RAY BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; and RYOBI TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 2:12-cv-01947-APG-NJK<br><br>STIPULATION OF DISCONTINUANCE WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this litigation that, whereas no party hereto is an infant or incompetent, this matter is, and shall be, dismissed with prejudice and without costs to any party.

Dated: White Plains, New York
　　　　September 17, 2013

**HEYGOOD, ORR & PEARSON**

　　　S/
By:　Eric D. Pearson, Esq.
　　　John Chapman, Esq.
　　　2331 West Northwest Highway,
　　　2nd Floor
　　　Dallas, TX 75220
　　　Telephone No.: (214) 237-9001
　　　Attorneys for Plaintiff

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

　　　S/
By:　Rosario M. Vignali, Esq. (pro hac vice)
　　　Douglas M. Rowan, Esq.
　　　300 South Fourth Street, 11th Floor
　　　Las Vegas, NV 89101
　　　Telephone No.: (702) 727-1400
　　　Attorneys for Defendants

**O R D E R**

**IT IS SO ORDERED:** September 17, 2013.

_____
UNITED STATES DISTRICT JUDGE